CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
February 09, 2026
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **CALEB LEE BLANKENSHIP,**<br>　　Plaintiff,<br><br>v.<br><br>**WEXFORD HEALTH DUFFIELD FACILITY, et al.,**<br>　　Defendant(s). | Civil Action No. 7:25-cv-00945<br><br>**MEMORANDUM OPINION**<br><br>By:  Thomas T. Cullen<br>United States District Judge |

　　Plaintiff, proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983. At the time he filed his complaint, plaintiff did not prepay the filing costs nor did he submit the information required to permit him to proceed by paying the filing fee through installments from plaintiff's trust account. *See* 28 U.S.C. § 1915. Accordingly, on December 31, 2025, the court directed plaintiff to submit, within 30 days from the date of the order, the consent to withholding of filing fee form in order to complete the application to proceed without the prepayment of the filing fee.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

　　More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions and has not qualified to proceed in forma pauperis under § 1915(b).  The court will therefore dismiss this action without prejudice and strike the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTERED: February 9, 2026.

_____
United States District Judge